# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:17-cv-00677-TDS-JEP

| | |
|---|---|
| RICHARD DUNLOP, <br><br> Plaintiff, <br><br> v. <br><br> THE WESTERN AND SOUTHERN LIFE INSURANCE COMPANY, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Richard Dunlop ("Dunlop"), and Defendant, the Western and Southern Life Insurance Company ("Western and Southern"), through their undersigned counsel, hereby stipulate to the dismissal of this action as follows:

1. Dunlop hereby dismisses his Complaint with prejudice.

2. Each party shall bear its own costs, attorney's fees and expenses of litigation.

[*Signatures on following page*.]

SO STIPULATED, this the 12th day of June, 2018.

*/s/ Kurt L. Dixon*
\*Kurt L. Dixon, N.C. State Bar No.: 20521
Attorney for Plaintiff
Riddle & Brantley, LLP
4600 Marriott Drive, Suite 500
Raleigh, North Carolina 27612
Telephone: (919) 876-3020
KLD@justicecounts.com

*Attorney for Plaintiff*

**\*** Signed with express consent.

*/s/ Virginia M. Wooten*
Virginia M. Wooten, NC Bar No. 48180
CRANFILL SUMNER & HARTZOG, LLP
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
VWooten@cshlaw.com

*/s/ John T. McDonald*
\*John T. McDonald, GA Bar No. 489420
\*Jason R. Carruthers, GA Bar No. 211098
THOMPSON HINE, LLP
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 541-2900
Tim.McDonald@ThompsonHine.com
Jason.Carruthers@ThompsonHine.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2018, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

>Kurt L. Dixon, Esq.
>RIDDLE & BRANTLEY, LLP
>4600 Marriott Drive, Suite 500
>Raleigh, North Carolina 27612
>KLD@justicecounts.com

>*/s/ Virginia M. Wooten*
>Virginia M. Wooten, NC Bar No. 48180
>CRANFILL SUMNER & HARTZOG, LLP
>Post Office Box 30787
>Charlotte, North Carolina 28230
>Telephone: (704) 332-8300
>VWooten@cshlaw.com